UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60300-CIV-DIMITROULEAS
(04-60038-CR-DIMITROULEAS)

DELVIN MCKINNEY,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## FINAL JUDGMENT FOR RESPONDENT

THIS CAUSE is before the Court upon the *Amended* Final Judgment and Order Denying Motion to Vacate; Withdrawing Reference signed today on May 5, 2008.  Accordingly it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Respondent the United States of America and against the Movant, Delvin McKinney in this civil case.

2. Any remaining pending motions are hereby **DENIED AS MOOT**;

3. The Clerk is hereby directed to close this case,

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of May, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Delvin McKinney, #30720-18
c/o USP McCreary
PO Box 3000
Pine Knot, KY 42635

Julia Vaglienti, AUSA

Honorable Patrick A. White, US Magistrate Judge